IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00374-EWN-20

UNITED STATES OF AMERICA,

      Plaintiff,

v.

20.    THERESA TORRES,

      Defendant.

_____

**ORDER DISMISSING COUNT FOUR OF THE FIRST SUPERSEDING INDICTMENT AND COUNTS EIGHT, NINE AND THIRTEEN OF THE SECOND SUPERSEDING INDICTMENT**
_____

      Upon the motion of the United States of America and for good cause shown, it is

*ORDERED* that Count Four of the First Superseding Indictment and Counts Eight, Nine and Thirteen of the Second Superseding Indictment as they relate to Theresa Torres in the above-captioned case are hereby dismissed.

      *DATED this 18th day of August, 2006.*

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM, JUDGE
                                                United States District Judge
                                                District of Colorado